United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR THOMAS REGIS, (TDCJ # 02480389), | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-5572 |
| | § | |
| TRANSPORTATION BLUE BIRD, | § | |
| | § | |
| *Defendant*. | § | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Arthus Thomas Regis, (TDCJ #02480389), is currently detained in the Larry Gist State Jail. On July 14, 2026, he filed a complaint under 42 U.S.C. § 1983 against Transportation Blue Bird. (Dkt. 1). The complaint appears to allege that Regis was injured in a prison bus accident on an unidentified date in an unidentified location. (*Id.* at 3–4). On July 16, 2026, the Court ordered Regis to either pay the applicable filing fee for a civil-rights action or file a properly supported motion to proceed *in forma pauperis* by August 17, 2026. (Dkt. 3). The Court provided the proper form to Regis for his use and warned him that failing to comply as ordered would result in the Court dismissing his action without further notice under Federal Rule of Civil Procedure 41(b). (*Id.*).

Regis has failed to comply, and his time to do so has now expired. His failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1. Regis's civil-rights action, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2. Any pending motions are **DENIED as moot.**

3. Regis is advised that upon a showing of good cause for failing to comply with the Court's July 16 Order, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by either payment of the $405.00 filing fee or a properly supported motion to proceed *in forma pauperis*.

The Clerk will provide a copy of this Order to the petitioner.

SIGNED at Houston, Texas on Aug 31, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE